Eastern District of Missouri Bankruptcy Court

RECEIVED + FILED

2013 NOV -6 PM 3:26

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT

Jasmine Boyd  13-49561

3325 Crosskeys Dr apt #1

Florissant MO 63033

## Motion to reinstate Automatic Stay

I am requesting that Automatic stay for Cross Keys apartments stay into effect. I did not release for stay to be lifted in state court St Louis Co.

Jasmine Boyd

*/s/ Jasmine Boyd*